# EXHIBIT 4

# Work in Progress Report (12/07/2020)

Rosadela Durruthy

Durruthy: v. Charter Communications (Alreen Haeggquist)

| Date | User | Description | Note | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| 12/07/2020 | Winky Cameron | | Finalize notice, memorandum of points and authorities, and proposed order and prepare for filing; finalize Olsen Declaration, organize, OCR, and bookmark exhibits and prepare for filing. File via ECF. | 1.00 | $250.00 | $250.00 |
| 12/07/2020 | Aaron Olsen | | Finalize declaration for plaintiff's motion for attorneys' fees re prevailing on defendant's motion to compel arbitration; final review and proof of motion; correspondence with paralegal re same for filing. | 0.90 | $550.00 | $495.00 |
| 12/04/2020 | Jill Kleinman | | Proofread and edited proposed order to Motion for Attorneys' Fees. | 0.10 | $175.00 | $17.50 |
| 12/04/2020 | Jill Kleinman | | Checked and edited case law and quotes in Memorandum of Points & Authorities ISO Motion for Attorneys' Fees and Costs. | 2.20 | $175.00 | $385.00 |
| 12/04/2020 | Jill Kleinman | | Proofread, edited, fact-checked Memorandum of Points and Authorities and Olsen Declaration in support of Motion for Attorneys' Fees, and gathered exh bits for same. | 2.00 | $175.00 | $350.00 |
| 12/03/2020 | Jill Kleinman | | Proofread and edited Notice of Motion and Motion for Attorneys' Fees and Costs. | 0.20 | $175.00 | $35.00 |
| 12/01/2020 | Aaron Olsen | | Continue preparing motion for attorneys' fees re defendant's motion to compel arbitration; prepare declaration re same. | 6.10 | $550.00 | $3,355.00 |
| [redacted] | | | | | | |
| 11/30/2020 | Aaron Olsen | | Prepare motion for fees re prevailing on defendant's motion to compel arbitration. | 2.80 | $550.00 | $1,540.00 |
| 11/30/2020 | Ian Pike | | Confer with attorney Aaron Olsen re mutuality of contractual fee shifting provision | 0.10 | $300.00 | $30.00 |
| 11/30/2020 | Aaron Olsen | | Correspondence with defense counsel regarding meeting and conferring re motion for fees re mtn to compel arbitration. | 0.10 | $550.00 | $55.00 |
| 11/24/2020 | Winky Cameron | | Locate and review rule re: date for Defendant to appeal order and calendar same; calendar dates for motion for requesting attorneys' fees after prevailing on motion. | 0.20 | $250.00 | $50.00 |
| 11/24/2020 | Winky Cameron | | Prepare shell notice, memorandum of points and authorities; Olsen Declaration; and proposed order for plaintiff's motion for attorneys' fees and costs. | 0.60 | $250.00 | $150.00 |
| 11/24/2020 | Aaron Olsen | | Status update to client regarding court's order re defendant's motion to compel arbitration. | 0.40 | $550.00 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2020 | Aaron Olsen | Prepare motion for attorneys' fees re defendant's motion to compel arbitration; research current state of law re same. | 4.60 | $550.00 | $2,530.00 |
| 11/23/2020 | Aaron Olsen | Review court's order regarding defendant's motion to compel arbitration; correspondence with attorney I. Pike regarding motion for attorneys' fees re same; prepare notes regarding same. | 0.50 | $550.00 | $275.00 |
| [redacted] | | | | | |
| 09/15/2020 | Aaron Olsen | Review new 3rd Circuit opinion regarding arbitration delegation clause for supplemental authority; correspondence with attorney I. Pike re same. | 0.50 | $550.00 | $275.00 |
| 09/15/2020 | Ian Pike | Confer with attorney Aaron Olsen re supplemental authority | 0.20 | $300.00 | $60.00 |
| [redacted] | | | | | |
| 09/10/2020 | Ian Pike | Review defendant's reply brief in support of defendant's motion to compel arbitration | 0.20 | $300.00 | $60.00 |
| 09/10/2020 | Aaron Olsen | Review Def's Reply brief to determine whether any response required; prepare notes regarding same; review case law regarding same. | 0.40 | $550.00 | $220.00 |
| 09/04/2020 | Ian Pike | Bluebook opposition to def's mtc arbitration | 1.00 | $300.00 | $300.00 |
| 09/04/2020 | Aaron Olsen | Final opposition to motion to compel arbitration | 2.90 | $550.00 | $1,595.00 |
| 09/04/2020 | Ian Pike | Draft opposition to def's motion to compel arbitration | 2.90 | $300.00 | $870.00 |
| 09/04/2020 | Winky Cameron | Proofread and cite check opposition memorandum of points and authorities re: Defendant's motion to arbitrate/ dismiss, and Olsen declaration; finalize and file via ECF. | 5.00 | $250.00 | $1,250.00 |
| 09/03/2020 | Winky Cameron | Proofread Durruthy declaration and redact exhibit; combine declaration with exhibit; pull AAA rules; emails with attorneys re: same. | 0.30 | $250.00 | $75.00 |
| 09/03/2020 | Aaron Olsen | Continue preparing opposition to mtn to compel arbitration; correspondence with client regarding declaration. | 8.90 | $550.00 | $4,895.00 |
| 09/03/2020 | Ian Pike | Legal research RE: arbitrability of K formation and interpretation issues, mutuality of attorneys fee provisions; prepare legal memorandum for attorney Aaron Olsen re same | 6.60 | $300.00 | $1,980.00 |
| 09/03/2020 | Ian Pike | Confer with attorney Aaron Olsen re opp to motion to compel arbitration | 0.30 | $300.00 | $90.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/03/2020 | Aaron Olsen | Prepare opposition to motion to compel arbitration; prepare declarations. | 9.30 | $550.00 | $5,115.00 |
| 09/02/2020 | Ian Pike | Confer with attorney Aaron Olsen re opp to mtc arbitration | 0.20 | $300.00 | $60.00 |
| 09/02/2020 | Ian Pike | Legal research RE: arbitrability of K formation and interpretation issues, mutuality of attorneys fee provisions; prepare legal memorandum for attorney Aaron Olsen re same | 3.40 | $300.00 | $1,020.00 |
| 09/01/2020 | Aaron Olsen | Prepare Opposition Brief to Defendant's Motion to Compel Arbitration; research updated law regarding same; prepare declaration ISO of same. | 8.10 | $550.00 | $4,455.00 |
| [redacted] | | | | | |
| 08/17/2020 | Aaron Olsen | Call with client to discuss [redacted] | 0.50 | $550.00 | $275.00 |
| 08/17/2020 | Winky Cameron | Drafted shell for opposition to motion to compel arbitration/dismiss/stay action, Declaration of Aaron Olsen, Response to Request for Judicial Notice. | 0.50 | $250.00 | $125.00 |
| 08/14/2020 | Aaron Olsen | Prepare outline for opposition to petition to compel arbitration. | 2.60 | $550.00 | $1,430.00 |
| 08/13/2020 | Aaron Olsen | Continue reviewing defendant's motion to compel arbitration and reading cases cited therein. | 0.70 | $550.00 | $385.00 |
| 08/13/2020 | Winky Cameron | Download and file Motion for Arbitration and Stay/to Dismiss and supporting documents; calculate and calendar response dates in Clio and update in Outlook. | 0.30 | $250.00 | $75.00 |
| 08/13/2020 | Aaron Olsen | Review and research law in Defendant's motion to compel arbitration; prepare memo re law and outline of arguments for opposition. | 3.80 | $550.00 | $2,090.00 |
| 08/11/2020 | Aaron Olsen | Review defendant's claimed arbitration agreement; research updated law regarding same; prepare memo re same for client. | 2.10 | $550.00 | $1,155.00 |
| 08/11/2020 | Aaron Olsen | Call with client to [redacted] | 0.50 | $550.00 | $275.00 |
| 08/10/2020 | Aaron Olsen | Correspondence with defense counsel regarding arbitration; prepare notes regarding same. | 0.20 | $550.00 | $110.00 |
| 08/07/2020 | Aaron Olsen | Review, evaluate, and research defendant's claim for arbitration; prepare memo re same; correspondence with client regarding same. | 2.00 | $550.00 | $1,100.00 |